```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| CODEPINK PITTSBURGH WOMEN FOR PEACE, 3 RIVERS CLIMATE CONVERGENCE, THOMAS MERTON CENTER, PITTSBURGH OUTDOOR ARTISTS, BAIL OUT THE PEOPLE, G6 BILLION JOURNEY AND WITNESS<br><br>              Plaintiffs,<br><br>   v.<br><br>UNITED STATES SECRET SERVICE OF THE DEPARTMENT OF HOMELAND SECURITY, CITY OF PITTSBURGH, PENNSYLVANIA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 09-1235<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 17th day of September, 2009, for the reasons stated in open court, IT IS HEREBY ORDERED that plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction [Doc. #2] is granted, in part, and denied, in part.

Plaintiffs' motion is GRANTED insofar as the City of Pittsburgh is ordered to permit CODEPINK Pittsburgh Women for Peace to use an area of Point State Park for its demonstration activities beginning from the time Citiparks completes the breakdown of the Junior Great Race structures on Sunday, but no later than Sunday,

September 20, 2009 at 7:00 p.m., until Tuesday, September 22, 2009 at 7:00 p.m., during normal park operating hours only.  The Court finds it unnecessary for CODEPINK to give security in this case pursuant to Rule 65(c).

Plaintiffs' motion is DENIED in all other respects or has been rendered moot by prior agreement of the parties.

BY THE COURT:

_____, J.