IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CODEPINK PITTSBURGH WOMEN FOR PEACE, 3 RIVERS CLIMATE CONVERGENCE, THOMAS MERTON CENTER, PITTSBURGH OUTDOOR ARTISTS, BAIL OUT THE PEOPLE, G6 BILLION JOURNEY AND WITNESS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SECRET SERVICE OF THE DEPARTMENT OF HOMELAND SECURITY, CITY OF PITTSBURGH, PENNSYLVANIA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 09-1235 ) ) ) ) ) ) ) |

ORDER

AND NOW, this 17th day of September, 2009, IT IS HEREBY ORDERED that the USW's Motion to Intervene [doc. no. 6] is DENIED. The motion has been rendered MOOT. Moreover, the USW's motion fails to comply with the requirements of Federal Rule of Civil Procedure 24(c).

BY THE COURT,

[signature]

cc:   All Counsel of Record