IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CODEPINK PITTSBURGH WOMEN FOR PEACE; 3 RIVERS CLIMATE CONVERGENCE; THOMAS MERTON CENTER; PITTSBURGH OUTDOOR ARTISTS; BAIL OUT THE PEOPLE, and G6 BILLION JOURNEY AND WITNESS, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES SECRET SERVICE OF THE DEPARTMENT OF HOMELAND SECURITY; CITY OF PITTSBURGH; and PENNSYLVANIA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, <br><br>Defendants. | Civil Action No. 09-cv-1235 <br><br>(Lancaster, J.) |

## ORDER

Having read and considered *Plaintiffs' Unopposed Motion to Dismiss Action Voluntarily and to Set Schedule for Resolving Attorneys' Fees*, for good cause shown and there being no opposition thereto, it is on this 3rd day of November, 2009, ORDERED that Plaintiffs' motion be, and hereby is GRANTED.

The Court hereby ORDERS as follows:

1) All claims having been resolved and/or rendered moot, this action is hereby dismissed under Fed. R. Civ. P. 41(a)(2);

1

2) The schedule established by this Court's October 12, 2009, Order (Docket No. 30) is hereby cancelled; and

3) The parties are directed to discuss Plaintiffs' claim for attorneys' fees and costs in an attempt to settle the dispute, but if the dispute has not been settled by December 3, Plaintiffs are directed to file a petition for fees and costs no later than December 15, 2009. This Court shall expressly retain jurisdiction over this matter for the sole purpose of resolving the issue of costs and attorneys' fees.

IT IS SO ORDERED.

_____
U.S. Chief District Judge